# UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF MISSOURI
### DIVISION

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:

☒ Yes  ☐ No

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

## CIVIL COMPLAINT

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Dawn Heimburger
Street Address — 140 b Imbs Station Rd
City and County — E. Carondelet
State and Zip Code — IL 62240
Telephone Number — 618-612-0216
E-mail Address — dawnheimburger38@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name — State of Missouri
Job or Title —
Street Address — 105 Capitol Dr
City and County — Jefferson City
State and Zip Code — MO 65102
Telephone Number — 573-751-2424
E-mail Address — mogov@state.mo.us

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

# LIST OF DEFENDANTS

2) Judge Julia Lasater
   105 S. Central Ave
   MO 63105
   314-614-1532
   Email: Unknown

) Sarah Pleban, Guardian Ad Litem, In her
   Individual + official capacities
   7733 Forsyth Blvd   Ste 1850
   Clayton, Mo 63105
   314-647-6677
   SarahPleban@hotmail.com

↳ DR. James Reid, Court psychologist, In his individual
   + official capacities
      * DR. Reid did not respond to a text for
         a request
   314-409-1864
      Dr. James Reid@gmail.com
) Allison Gerli, former lawyer, in her individual
   + official capacities
      230 S. Bemiston Ave
      Clayton, Mo 63105
      314-721-8844
         agerLI@thecenterforfamilylaw.com

<u>LIST OF DEFENDANTS</u>, cont'd

⑥ MIKE PARSON, Former Governor of MISSOURI

IN HIS INDIVIDUAL + OFFICIAL CAPACITIES AT THE TIME OF INITIAL DIVORCE FILING IN 2021

PO BOX

Jefferson City, MO

573-751-2624

mogov@state.mo.us

⑦ MIKE KEHOE, FORMER LT GOVERNOR OF MISSOURI AT THE TIME OF INITIAL DIVORCE filing 2021

PO BOX

Jefferson City, MO

573-751-2624

mogov@state.mo.us

a ⑧ JOHN / JANE DOES 1-10 ; STATE ACTORS TO BE IDENTIFIED AS EVIDENCE IS SUBMITTED.

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _all defendants are KNOWN_ is a citizen *to be citizens* of the State of *(name)* _MISSOURI_ Or is a citizen

of *(foreign nation)* _____.

If the defendant is a corporation

The defendant, *(name)* _N/A_.

is incorporated under the laws of the State of *(name)*

_____, and has its principal place of

business in the State of *(name)* _____ Or

is incorporated under the laws of the State of *(foreign nation)*

_____, and has its principal place

of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

_20 MILLION DOLLARS_

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Complaint for violation of civil rights 42 USC 1983, civil conspiracy, custodial interference and related claims

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

State of Missouri, Judge Julia Lasater, Sarah Pleban, Guardian Ad Litem

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

The plaintiff, (name) **Dawn Heimburger** is a citizen of the State of (name) **ILLINOIS**.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☒   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

*To Be Decided by a jury of my peers; unless a settlement is offered by all parties*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct. *I also don't give consent for my 34 degrees to be used for anything other than returning my 3 children + the remedy.*

Signed this ___5___ day of ___June___, 20 _26_.

Signature of Plaintiff(s) _Dawn Heimburger_

_Dawn Heimburger_

6

Claim 1

WHEN DID IT HAPPEN? November 21, 2021

WHAT HAPPENED TO YOU? Judge Lorne Baker gave me a restraining order, and denied my kids. I was given no hearing that I was told about. When I asked Gerli about the denial of the kids order she emailed Baker had made "a mistake" but Gerli did nothing to fix said mistake.

WHERE DID IT HAPPEN? St. Louis County Court system

WHAT INJURIES DID YOU SUFFER? By not giving my children the restraining order, and Gerli not fixing the problem of giving me a hearing with Baker that I requested, she then paved the way, for me to refuse visits, which went against Julia Lasater's orders, and then I was in contempt and Craig was allowed to DARVO the situation, and take full custody and cut the kids nearly completely out of my life for over 3.5 years.

WHAT DID EACH DEFENDANT PERSONALLY DO, OR FAIL TO DO, TO HARM YOU? Gerli violated my due process and deprived me of my rights under color of law by not allowing me to plead my case to Judge Baker, and loss of consortium by not following up with Baker to find out why she thought he made a mistake. Causing me more emotional distress

Claim 2

WHEN DID IT HAPPEN? December 2021 and January 2021

WHAT HAPPENED TO YOU? Former Lawyer Allison Gerli told me Craig was ordering a psychiatric eval of me. Later, Craig told me his lawyer told him that I am the one that ordered the evals. Gerli demanded I see James Reid. I refused in an email. Gerli then threatened me and told me that the threat was coming from Judge Julia Lasater, and GAL Sarah Pleban. She siad that if I didnt comply my kids would be with my mother in law by Friday night. My Mother in law has a convicted sex offender brother who is allowed around children in the family and at the time I left the marriage, allowed at all family functions. I emailed Gerli on March 6, 2022 stating "I'm not seeing James Reid. Not even if she (meaning Judge Lasater) cancels Craigs mom.

WHERE DID IT HAPPEN? Missouri

WHAT INJURIES DID YOU SUFFER?Loss of consortium of my children for nearly 3.5 years due to the loss of custody, coercion, duress.

WHAT DID EACH DEFENDANT PERSONALLY DO, OR FAIL TO DO, TO HARM YOU? Allison Gerli threatened and coerced me. She said Judge Julia Lasater and Sarah Pleban were the ones directing the threat to sign off on Dr. James Reid, so the cause of duress, and coercion, and emotional distress

Claim 3

WHEN DID IT HAPPEN? December 2021

WHAT HAPPENED TO YOU? On December 31, 2021 I email Gerli that Craig was violating a restraining order by accessing my emails and forwarding them to himself, and coming to my residence.

WHERE DID IT HAPPEN? St. Louis County

WHAT DID EACH DEFENDANT DO, OR FAIL TO DO, TO HARM YOU? Gerli failed to give me due process, and deprived me of my rights under color of law by not notifying Judge Lorne Baker of the violatons that I was reporting to her of Craig Andre Heimburger Jr violating a restraining order I had against him.  It  was the preceding even that eventually led to the legal kidnapping of my children, which caused a loss of consortium for 3.5 years.

Claim 4

WHEN DID IT HAPPEN? December 2021

WHAT HAPPENED TO YOU? Allison demanded that I stop bringing her evidence. When I reminded her of my husband's brain injury and the seriousness of the situation, she still said she would refuse any evidence I brough in

WHERE DID IT HAPPEN? St. Louis County

WHAT DID EACH DEFEDANT PERSONALLY DO, OR FAIL TO DO, TO HARM YOU? Former Lawyer Allison Gerli deprived me of my rights under color of law, and to due process, and by refusing

color of law, and to due process, and by refusing to contiue accepting evidence of Craig Heimburger's brain injury including his own words, in the form of an NFL Concussion Settlement, and his handwritten notes to Government Social Security, her actions and her co-conspirators actions were the preceding factor in the loss of my children for 3.5 years and a loss of consortium

Claim 5
WHEN DID IT HAPPEN? January 2022
WHAT HAPPENED TO YOU?There was a hearing with Judge Lasater that I was not told about until after it took place.
WHERE DID IT HAPPEN? St. Louis County
WHAT DID EACH DEFEDANT PERSONALLY DO, OR FAIL TO DO, TO HARM YOU? Gerli deprived me of my rights under color of law, and to due process, and her actions led to the eventual kidnapping of my 3 children through the courts.

Claim 6
WHEN DID IT HAPPEN? January 2022
WHAT HAPPENED TO YOU? In a legally recorded phone call, Gerli begins gaslighting me and telling me that I am depressed in spite of the fact that I never used any such word with her.
WHERE DID IT HAPPEN? St. Louis County
WHAT DID EACH DEFENDANT PERSONALLY DO, OR FAIL TO DO, TO HARM YOU? Gerli was exhibiting signs that she was involved in a civil

OR FAIL TO DO, TO HARM YOU? Gerli was exhibiting signs that she was involved in a civil conspiracy to kidnap my kids from me, and was denying me due process and depriving me of rights under color of law

Claim 7
WHEN DID IT HAPPEN? Ongoing between April 2, 2022 to now
WHAT HAPPENED? In an email to Dr. James Reid, I notify to him that I asked Allison Gerli to file a motion asking to set aside me having to see Dr. James Reid because it came to my attention that Craig said I ordered the evals and he was told the opposite. Months later I would begin emailing Dr. Reid the evidence including audio of Craig admitting to choking me, as well as his NFL Concussion Settlement Affidavit where he admits he no longer feels "empathy" for people, as well as a handwritten page where he states that

Claim 8
WHEN DID IT HAPPEN? January 2022
WHAT HAPPENED TO YOU? Civil Conspiracy; Kidnapping
WHERE DID IT HAPPEN? St. Louis County
WHAT DID EACH DEFENDANT PERSONALLY DO, OR FAIL TO DO, TO HARM YOU? Former Attorney Allison Gerli. Judge Julia Lasater. and

Guardian Ad Litem Sarah Pleban were conspiring to kidnap my children using the courts, and were depriving me of due process, and depriving me of my rights under color of law

Claim 9
WHEN DID IT HAPPEN? January 2022
WHAT HAPPENED TO YOU? Gerli told me I was no longer allowed to contact GAL Sarah Pleban less than 8 weeks into a divorce from a man who choked me 10 times inclduing while 6 months pregnant.
WHERE DID IT HAPPEN? St. Louis County
WHAT DID EACH DEFENDANT PERSONALLY DO, OR FAIL TO DO, TO HARM YOU? Gerli and co-conspirators actions were the catalysts to cause me to lose custody for 3.5 years and a loss of consortium

Claim 10
WHEN DID IT HAPPEN? April 12, 2022
WHAT HAPPENED TO YOU? Hearing with Judge Julia Lasater that I don't recall being told about
WHERE DID IT HAPPEN? St. Louis County
WHAT DID EACH DEFENDANT PERSONALLY DO, OR FAIL TO DO, TO HARM YOU? Severe emotional distress, and cleared the way for the eventual kidnapping of my children through court and delivered to a man 750 percent likely to kill based on facts (John Hopkins, Study, Nancy Glass). Lack of due process, and

Nancy Glass). Lack of due process, and deprivation of rights under color of law

Claim 11
WHEN DID IT HAPPEN? June 20, 2022, and June 28, 2022
WHAT HAPPENED TO YOU? Civil conspiracy, lack of due process, and deprivation of rights under color of law
WHERE DID IT HAPPEN? St. Louis County Courtroom of Julia Lasater
WHAT DID EACH DEFENDANT PERSONALLY DO, OR FAIL TO DO, TO HARM YOU? My then lawyer Susan Ward represented me in a hearing in a 14 page motion outlining valid legal grounds to dismiss Dr. James Reid from being my neuropsychiatrist due to conflicts he had from accepting money from Sarah Pleban for his defense in another matter. Pleban and company had been publicly being discussed for running a cash for kids, where kids were (hopefully that has ended) being taken by enlisting doctors to write erronous reports on parents, primarily mothers. Dr. Reid at the time that I had researched him had misdisanosed so many women with mental health problems that it skewed the data. All mentally ill women in America would have to reside within St. Louis County based on his high rate of diagnoses of mental health disorders. Ward made very solid legal grounds for dismissing Dr. James Reid from

legal grounds for dismissing Dr. James Reid from the case. In a legally recorded phone call with Dr. James Reid that I recorded Dr. Reid states that "he does what the state tells him to do," My attorney Susan Ward signed the order from Judge Julia Laster UNDER OBJECTION above her name. All of the aforementioned led to a loss of consortium of my 3 children for the past 3.5 years, and shows civil conspiracy, deprivation of rights under color or law, lack of due process, and kidnapping. On 6-28-2022 a hearing took place where audio was recorded of Craig Heimburger being asked under oath if he ever choked me. Craig says no, even though you can hear the audio of him admitting to choking me at www.facebook.com/dawndugan, where it says Reels the 1st video is Craig admititng to choking me and was uploaded before his restraining order against me was put into place.

Claim 12
WHEN DID IT HAPPEN? July 2022
WHAT HAPPENED TO YOU? I took my daughter Brooke to a 3 day volleyball camp. At the camp there were 2 people, the team manager who made a statement to me, and the then Head Coach Josh Taylor, who stated at the closing ceremony of the camp to "choose the parent that brought you to this camp." I thought that was odd. A few days later, after Brooke acted

was odd. A few days later, after Brooke acted defiant for days I asked her what was wrong and she stated that she had been offered the scholarship of her dreams to turn on me in the divorce. I immediately notified Sarah Pleban, and emailed then Athletic Director Desiree Francois Reid.

WHERE DID IT HAPPEN? University of Missouri Hearnes Center

WHAT DID EACH DEFENDANT PERSONALLY DO, OR FAIT TO DO, TO HARM YOU? It was further proof of the civil conpsiracy to kidnap my children through St. Louis County Courts, and further validated the reasons for the deprivation of rights under color of law, and lack of due process.

Claim 13

WHEN DID IT HAPPEN? September 20, 2022

WHAT HAPPENED TO YOU? A warrant was issued for my arrest

WHERE DID IT HAPPEN? St. Louis County Court, Judge Julia Lasater's courtroom

WHAT DID EACH DEFEDANT PERSONALLY DO, OR FAIL TO DO, TO HARM YOU? Civil conspiracy, lack of due process, Deprivation of rights under color of law, that led to the kidnapping of my children which led to the complete loss of a relationship with my 3 children, and a loss of consortium.

Claim 14

WHEN DID IT HAPPEN? January 24, and 25 (cancelled due to snow), 26, 31 2023

WHAT HAPPENED TO YOU? During a divorce trial I stated that I had been choked 10 times under oath, and all the other things Craig had done.

WHERE DID IT HAPPEN? St. Louis County Court of Julia Lasater

WHAT DID EACH DEFENDANT PERSONALLY DO, TO HARM YOU? Lack of due process, deprivation of rights under color of law, kidnapping all led to a loss consortium for 3.5 years of my 3 children, Judge Julia Lasater, GAL Sarah Pleban, all were ignoring the evidence of danger Craig Heimburger Jr presents, and even though Pleban was emailed audio of Craig admititng to choking me, which means he is 750 percent likely to commit a homicide based on facts, Pleban refused to submit any of the evidence I submitted to her, to Judge Lasater. However, I had the recording transcribed, and submitted it in a motion to Laster, and it was igmored. Craig's mom Ann Reuss was never subpoened to discuss how she had texted me that Craig was in "psychosis" during one of his manic episodes. All of the evidence of his brain injury and dangers he presents were being intentionally brushed over, and ommitted. Craig was allowed to perjure himself about choking me, in spite of evidence to show he did. My 4th

was allowed to perjure himself about choking me, in spite of evidence to show he did. My 4th attorney Cherlyn Crosby turned to me during my divorce trial and state that she had never seen someone treated the way that I was being treated.

Claim 15
WHEN DID IT HAPPEN? February 9, 2023
WHAT HAPPENED? I requested to my lawyers to remove the seal that I origninally requsted put on the case (submitted by Attorney John Fenley. I was denied
WHERE DID IT HAPPEN? St. Louis County
WHAT DID EACH DEFENDANT PERSONALLY DO, TO HARM YOU? Allison Gerli failed to request the seal be removed when I asked her. Judge Lasater denied removing it when the motion was filed asking to to remove the seal. It caused the eventual kidnapping of my kids through the courts, a lack of due process, and a deprivation of rights under color of law. Loss of consortium by not having daily interactions with my 3 children for over 1300 days, now.

Claim 16
WHEN DID IT HAPPEN? MAY 15, 2023
WHAT HAPPENED? The completion of the kidnapping of my children, civil conspiracy, deprivation of rights under color of law, lack of due process
WHERE DID IT HAPPEN? ST. Louis COunty
Courtroom of Judge Julia Lasater

due process

WHERE DID IT HAPPEN? ST. Louis COunty
Courtroom of Judge Julia Lasater
WHAT DID EACH DEFENDANT PERSONALLY DO,
TO HARM YOU? Judge Julia Lasater and GAL
Sarah Pleban rendered their opinons and
completed the divorce. I was given xero dollars
in maintenance after 23 years of marriage. I was
given nothing. Most importantly my kids were
officially kidnapped through the courts.

## DECLARATION OF CRAIG HEIMBURGER

Craig Heimburger declares as follows:

1.   I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2.   I reside at the following address:

2022 Cerney Ct.
Millstadt, Illinois 62260

3.   I am married to Dawn Heimburger.

4.   I was born February 3, 1977. I am 37 years old.

5.   My football career prior to the NFL consisted of 1 year of Pop Warner football at the age of 11. Then 4 years of high school football (Belleville East High School, Belleville, IL.).

6.   In high school, while I hit with my head and got hit in the head, I do not have any recollection of having sustained any serious head injuries.

7.   After high school, I played 4 years of college football at the University of Missouri/Columbia.

8.   In college, while I hit with my head and got hit in the head, I do not have any recollection of having sustained any serious head injuries.

9.   In 1999, I was drafted in the fifth round of the NFL Draft by the Green bay Packers. I was employed by the Green Bay Packers for nearly 2 seasons.

10.  During my rookie season in Green Bay, the other rookie offensive linemen and I were ordered to show up on our days off, meet, and practice football in full pads (full contact). This was ended when a veteran teammate, LeRoy Butler, told the NFL Players Association of the CBA rule violation.

11.  After my rookie season in Green Bay, the team allocated me to NFL Europe to play for the Rhein Fire in Dusseldorf, Germany. While playing a game in Frankfurt, Germany, I suffered a severe concussion which resulted in a migraine, memory loss, and vomiting. I played a significant portion of the game until I was finally taken out by my coach. Because of the memory loss I was told by my teammates on each play what my assignments were. I also continued to suffer migraine headaches during the season in NFL Europe.

12. By going to NFL Europe, I was essentially forced to play 3 consecutive football seasons, back to back to back, with little rest and recovery time in between. This was approximately 15 months of football during an 18 month span (July 1999 - January 2001.)

13. During my NFL career, I suffered from excruciatingly painful migraine headaches that were so severe that they triggered nausea, vomiting, and memory loss. During team activities in Green Bay, trainers would carry with them Imitrex shots, which they would inject in my arm on several occasions in order to ease the pain so that I could continue practicing. I remember that the shots were extremely unpleasant, causing a tingle in my entire body and numbness in all of my extremities. Teammate and fellow offensive lineman Earl Dotson used to receive the shots as well.

14. During my professional football career, I also took anti-inflammatory medicine nearly every day in an attempt to prevent migraines and help deal with severe back and neck pain amongst other flare-up pains. I switched back and forth from Tylenol, Advil, Bayer Migraine, and Aleve. Whichever one I had the most luck with at the time is what would be my "flavor of the week."

15. In 2000, when I arrived back in Green Bay from NFL Europe, I was prescribed Vioxx, which I took every day for a couple of years for my nagging pains. I later took Celebrex in place of Vioxx. On several occasions I have been given Toradol injections as well. I was regularly prescribed Zantac and later Nexium, because I suffered from severe indigestion and heartburn as a side effect from all of the anti-inflammatory meds.

16. In Europe, the team doctor prescribed for me an anti-inflammatory cream called Voltarin, which was not available in the U.S., and I rubbed it on most of my body.

17. After a brief stint with the Cincinnati Bengals, I was picked up by the Buffalo Bills where I spent the 2001 season. There, I started on the kickoff return wedge and suffered another severe concussion (in Atlanta, GA) which resulted in memory loss, migraines, and vomiting. I reported this concussion to the team doctor who told me it was just a minor concussion and allowed me to stay in the game. I also remember being questioned by my teammates and coaches as a result of this head injury. One teammate told me afterward that there was something wrong with me and I should go see a sports psychologist for counseling.

18. Just like in NFL Europe, I did not know my assignments and was told by my teammate, Phillip Crosby, what to do on each play. I also experienced surreal cases of Déjà vu-like symptoms which coincided with what I described as

2

rushes of blood to my head, along with dizziness and nausea.

19. As a result of comments by my teammates and coaches, and my fear of losing my job, I concealed migraines on many occasions and another concussion with memory loss that I suffered later in the season, again on the kickoff return wedge.

20. After not being re-signed by Buffalo I signed with the Houston Texans and was released at the end of their training camp in 2002 after playing in 3 preseason games.

21. Not long afterward, my wife and I started a construction company in the spring of 2003. I had always planned on finishing my last year of college and teaching history and coaching football at the high school level but I no longer had the patience to accomplish this goal. By starting my own business I felt like I could avoid having bosses like I did in football. I also felt like building houses would be fun and allow me to get my creative juices flowing again.

22. From 2003-2005 we built several houses, but the anxiety of running a business was too much for me. I was having panic attacks which were very hard to deal with. I still suffered from migraines and began having trouble concentrating. During this period I was having serious doubts as to if I could find happiness in life as well. On most days I woke up panic stricken as if the entire day ahead of me is a battle that I couldn't hack and I felt very alone and fearful. On some days I would wake up and not feel this way at all.

23. I wondered if my problem was the fact that I just missed football and maybe I could find happiness if I had football back in my life again as an outlet. In 2006 I decided to try out for the Colorado Crush of the Arena League and I made the team. Unfortunately it didn't help and I continued to have anxiety and mental confusion, so much so, that I received ridicule from teammates.

24. In January of 2007, I saw a new physician (Dr. Tipu Sultan) and I reported struggles with lethargy, anxiety, short-term memory loss, confusion, inability to cope with stress from responsibility, difficulty in concentration, restlessness, difficulty making decisions, etc.

25. Hoping that it would help my symptoms, Dr. Sultan treated me for thyroid disease (even though my TSH blood levels were normal). He also treated me for magnesium deficiency and Candida growth but nothing fully helped my symptoms. I was frustrated by the outcome but continued the treatments because they were my only hope.

26. I quit football entirely in 2008 because, along with the mental problems I was

3

experiencing as I have described herein, I was experiencing too much hip, back and neck pain.

27. I began taking Vicodin to help with the severe joint pains which had gotten worse through the years. To me, Vicodin was very helpful, but only for a time. I took it to help cope with the physical pain I was experiencing, but the greatest part about it was the fact that it took the edge off of me and calmed my nerves. I would take it the minute I got out of bed and whatever anxiety I was dealing with was gone. For an hour or so after I took hydrocodone I was my old self again, patient, confident, fearless, and ambitious, but when it wore off I was again struck by anxiety and depression. I took Vicodin and gradually upped the dose over a 3 year period, finally taking the max amount of Norco possible.

28. In 2008 or 2009, Doctor Anil Gupta, (who I saw many times) told me that he thought I should seek counseling for depression and anxiety and he felt like I was experiencing posttraumatic stress from my football career. He wanted me to try antidepressants but I was afraid to because I was on too many other prescriptions to treat pain and inflammation.

29. In 2009, after reporting all of my symptoms, I was asked to take part in a medical study run by UCLA Neurologist Dr. Daniel Kelly, which tested the endocrine and pituitary function of former NFL Players. Dr. Kelly concluded that I was the youngest subject in the group of former NFL players found to be hypo pituitary and as a result, I began a year of Human Growth Hormone replacement therapy. The therapy was helpful. In fact, I lost over 50 lbs. and for the first time in nearly 8 years, I began having dreams again at night. Unfortunately, because of the high cost and my dangerous levels of IGF1, I had to stop treatment after a year and I have not been treated for hypopituitarism since.

30. As I understood my doctor, Hypopituitarism is most commonly caused by head trauma and leads to several symptoms including, depression, anxiety, lack of concentration, metabolic syndrome, and the inability to heal from injuries. It is also prevalent in boxers and severe head trauma victims.

31. In March of 2011, I quit pain meds cold turkey (against my doctor's orders) because they were making me very sick as I was experiencing liver and gall bladder problems.

32 I am 37 years old and am currently disabled and suffer from chronic joint pain, degenerative disc disease, and arthritis and I weigh 350 lbs. I had a hip replacement at the age of 35 which was needed at 32. I have been seeing a pain management physician, Dr. Barry Feinberg, since 2004 and I report my

anxiety and mental clarity issues to him regularly. I have sleep apnea and sleep with the help of a CPAP machine. Several doctors believe that I suffer from a lack of dopamine and that I have neurotransmitter issues. I am constantly reminded and distracted by pain as I cannot sit or stand comfortably for long without lying down or reclining.

33. During a psychological examination in July of 2011, Dr. Kenneth Nudelman, found that I have a tumor on my pineal gland in my brain. Dr. Nudelman also reported that I am precluded from any job or task which involves multitasking.

34. My wife shut down our business not long after I stopped working and leading up to that point, I made many severe mistakes in construction planning that have led to significant financial losses. The next paragraph details some examples of how I was not longer able to function mentally at an adequate level to sustain our business

5. I designed plans and I missed flaws in conflicting elevations of foundation and floor plans and forgot to budget very expensive elements of the construction. I would have to buy multiples of every tool, because I kept misplacing them. Waking up every day and dealing with chronic pain, anxiety, and depression, I coped by procrastinating and avoiding stressful deadlines and situations in the short term but this created more problems in the long term. Even though I wrote down meeting times with customers and subcontractors in my day planner I would go days without looking at it and forget to show. My employees lost respect for me because I would never have materials delivered on time and I lost all sense of organizational skills. I failed our business and couldn't even function as a minority investor after I stopped physically working.

Presently, I am disabled and no longer work, but I still suffer from the same problems. The following paragraphs provide some present-day examples of challenges I am facing in my day-to-day life:

I am impatient with my children. When I get them ready for school my wife says I am too hard on them and tells me that I resemble a very nasty and impatient former offensive line coach of mine that I did not like. Most days, we get in the car and I pull to the edge of the neighborhood and have to think about where I am driving. Sometimes I will sit at the intersection for a while until someone else in the car asks me what I am doing. I drive the wrong direction sometimes and my wife will quickly correct me and remind me where I am going. If my wife isn't in the car my 7 year old daughter will sometimes realize that I am driving the wrong way to school and she will correct me. My mind just drifts and then I panic trying to figure out where I

5

am going. I also lose and misplace things all the time, i.e. car keys, my wallet, etc. The most recent examples are that I put the sour cream in a kitchen cabinet even though it belongs in the refrigerator and just the other day at church, I went to pull my cell phone out of my pocket to silence it, but it wasn't my cell phone I had in my pocket, it turned out to be the TV remote control from home. Some of these things may sound comical to a normal person but when it happens frequently it is just the opposite. When I watch my kids alone, my wife constantly calls and texts me to make sure that I am paying attention to them. I leave the stove on a lot. I get frustrated very easily and overwhelmed with people and avoid relationships.

For over a decade now, I cannot concentrate on prayer and before I realized it's all in my mind, I impulsively get frustrated thinking that my heart isn't into loving God anymore. Years ago, I even spoke to clergymen about this loss of faith. I grew up in the church and I prayed every day. Now I go to bed and don't pray because at some point I just gave up on trying to stay focused on it.

I struggle with paying attention to movies and television shows. I constantly rewind live TV because I lose focus for minutes at a time. I was a history major in college, and a huge fan of the efforts and principles of Theodore Roosevelt, so I downloaded his book, "Theodore Rex," a year ago on my tablet. I am only 100 pages into the book because I can no longer read things coherently due to my lack of focus. After reading entire chapters I have no idea what it was that I just read so I have to go back and do it again. I have always been an empath but I no longer feel empathy like I once did. I hate the feelings or thoughts of losing control. When I sit at the computer or tablet I forget what I was intending to do and get confused by the icons. When I need to type something, comment on or post on social media, or text or email someone, my mind goes blank for a few moments and I will type random words and sentences over and over and then delete it. Strangely, the arbitrary phrase I typically type is, "I need a new..." then I delete it and type the same phrase again and again until I remember my purpose for typing in the first place. I neurotically check my phone every minute or so and impulsively swipe the screen from left to right as fast as I can as if it is a race, for no apparent reason whatsoever. I second guess everything I do. For example, if I write an email (even if it's only one line) I look it over several times and fear hitting send, second guessing whether or not what I said is edited properly, appropriate, or even makes sense. I always fear making mistakes (even the smallest harmless mistakes) afraid that people will think less of me.

Up until my NFL career I was a very talented artist. I used to draw or paint for hours on end and focus on it intently until it was perfect. In fact, I won several art contests growing up and as a college football player; I have had my art featured in many newspapers and television news stories. I have

6

completely lost interest in art and much like necessary tasks in my everyday life, I feel overwhelmed by the thought of it. I am not motivated to do a lot or go anywhere. My wife encourages me to get up and get moving on a daily basis and forces me to go do the things I once loved, like go to sporting events and be around other athletes. I do not find joy very easy anymore and I get exhausted trying to pretend I am excited or happy. I think everyone is looking down on me as if I am a failure and an NFL bust. Whether in public or on social media, it is overwhelming and exhausting for me just trying to pretend that I have it all together all the time, when I don't.

The most frustrating thing for me though, is that because of my moodiness, lethargy, lack of motivation, headaches, chronic pain, and anxiety, I feel as though I fail to be the husband, father, or son that I should be. I fear that my children will never know the real me. I was known as a high energy, ambitious hard worker. Ironically, I was nicknamed "Toughburger," by my college teammates because I was intense, dedicated, and fought on every play. Just as I fear I am looked down upon by others, I fear as though my kids will not respect me as they get older and that they will see me as a quitter or as lazy. They will never know that side of me. I am highly concerned by what they will grow up thinking of me. I am consumed by these fears.

I have retained Texas attorney Christopher A. Bandas and St. Louis attorney Pete Woods to advise me on my rights and options under the proposed NFL concussion injury class action settlement. I have also retained Philadelphia attorneys Glenn Manochi and Gary Lightman, who will be appearing on the pleadings as my attorney of records in the NFL concussion injury class action settlement. I was previously represented by the law firms of The Locks Law Firm and Montgomery, McCracken, Walker & Rhodes, LLP pursuant to a purported fee agreement dated January 12, 2012, and otherwise, but I have terminated their services.

...re under penalty of perjury that the foregoing is true and correct.